RECEIVED
JAN 1 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HUVAL, VEAZEY, FELDER & RENEGAR, LLC | CIVIL ACTION NO. 6:13-cv-00447 |
| VERSUS | JUDGE DOHERTY |
| DAVID A. SCHILLER and SCHILLER EXLINE, PLLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's application for a judgment of default (Rec. Doc. 50) is GRANTED, and a judgment of default is hereby issued, ordering defendant Schiller Exline PLLC to pay to Huval Veazey the sum of $202,121.37, consistent with the report and recommendation.

Lafayette, Louisiana, this _13_ day of _January_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE